UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:22-cr-79-TPB NPM
18 U.S.C. § 1341

VENERA PRICE
a/k/a Ven Price

### INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH FOUR
(Mail Fraud)

#### A. Introduction

At all times material to this Indictment:

1. Defendant Venera Price was a resident of the Middle District of Florida who was employed as a manager for a residential rental business located in Fort Myers, Florida. The defendant held herself out as the landlord for the business, and Venera Price requested checks for rent payments be made payable to Ven Price DBA Country Club Rentals, Inc.

2. The Lee Cares Emergency Rental Assistance program is a program, which received funds from the Coronavirus Aid, Relief, and Economic Security (CARES) Act federal stimulus package, to provide financial assistance to individuals struggling with finances due to the Covid-19 pandemic. The program was established in Lee County, Florida, to prevent the eviction of tenants in Lee County, Florida during the Covid-19 pandemic.

3. To receive assistance to pay rent and utilities, an applicant was required to file a claim with Lee Cares Emergency Rental Assistance Program and demonstrate the financial need for assistance.

4. The landlord for each applicant was required to agree to participate with the Lee Cares Emergency Rental Assistance program by completing a designated section of the application and providing required documentation to the program.

5. On March 25, 2020, President Donald J. Trump declared a major disaster for the State of Florida, FEMA-4486-DR, under the authority of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. § 5121, resulting from the Coronavirus Disease 2019 pandemic beginning on January 20, 2020, and continuing.

B. **Scheme and Artifice**

6. Beginning in or about June 24, 2020, and continuing through and including on or about September 16, 2021, in the Middle District of Florida, and elsewhere, the defendant,

VENERA PRICE
a/k/a Ven Price,

did knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representation, and promises.

### C. Manner and Means of the Scheme and Artifice

7. The manner and means by which the defendant sought to accomplish the scheme and artifice to defraud included, among others, the following:

   a. It was part of the scheme and artifice to defraud that the defendant would and did engage in a scheme to obtain money from Lee Cares Emergency Rental Assistance program by submitting and causing to be submitted false and fraudulent applications for assistance for purported tenants;

   b. It was further part of the scheme and artifice to defraud that the defendant would and did submit and cause the submission of false and fraudulent Vendor Payment Applications to the Lee Cares Emergency Rental Assistance program;

   c. It was further part of the scheme and artifice to defraud that the defendant would and did submit and cause the submission of false and fraudulent leases and rental agreements for fictitious renters;

   d. It was further part of the scheme and artifice to defraud that the defendant would and did submit and cause the submission of false and fraudulent eviction notifications to fictitious renters;

   e. It was further part of the scheme and artifice to defraud that the defendant would and did submit and cause the submission of false and fraudulent Rent Relief Agreements in which the defendant purported to enter into agreements with fictitious renters to accept payment from Lee Cares Emergency Rental Assistance program for rental assistance to fictitious renters;

3

f. It was further part of the scheme and artifice to defraud that the defendant would and did submit and cause the submission of false and fraudulent Rent Payment Ledgers which provided false claims of rent being owed by fictitious renters;

g. It was further part of the scheme and artifice to defraud that the defendant would and did submit and cause the submission of Commitment Letters from Lee Cares Emergency Rental Assistance program in which the defendant agreed to accept monies for purported tenants' rent that was overdue;

h. It was further part of the scheme and artifice to defraud that the defendant would and did direct and instruct the Lee Cares Emergency Rental Assistance program to transmit fraud proceeds to her via checks that were sent via the U.S. Mail to the defendant;

i. It was further part of the scheme and artifice to defraud that the defendant would and did retrieve the fraud proceeds from the U.S. Mail and deposited the checks into bank accounts that defendant controlled;

j. It was further part of the scheme and artifice to defraud that the defendant would and did use and cause the Lee Cares Emergency Rental Assistance program monies to be used for unauthorized purposes and for her own personal enrichment; and

k. It was further part of the scheme and artifice to defraud that the defendant would and did misrepresent, hide, conceal, and cause to be misrepresented, hidden, and concealed, the purpose of acts performed in furtherance

4

of the scheme to defraud.

### D. Execution of the Scheme and Artifice

8. On or about the dates set forth below, in the Middle District of Florida and elsewhere, the defendant,

VENERA PRICE
a/k/a Ven Price,

for the purpose of executing and attempting to execute the aforesaid scheme and artifice, did knowingly cause to be placed in an authorized depository for mail matter, and cause to be deposited with the United States Postal Service, the items described below, for delivery according to the directions thereon:

| Count | On or About Date | Description of Mailing |
| --- | --- | --- |
| One | 4/20/2021 | Check No. 981774 in the amount of $14,300.00, made payable to Ven Price DBA Country Club Rentals, Inc., sent by Lee Cares Emergency Rental Assistance program to the defendant in Fort Myers, Florida for rental assistance for purported renter K.A. |
| Two | 6/1/2021 | Check No. 984176 in the amount of $16,650.00, made payable to Ven Price DBA Country Club Rentals, Inc., sent by Lee Cares Emergency Rental Assistance program to the defendant in Fort Myers, Florida for rental assistance for purported renter F.F. |
| Three | 6/1/2021 | Check No. 984177 in the amount of $8,275.00, made payable to Ven Price DBA Country Club Rentals, Inc., sent by Lee Cares Emergency Rental Assistance program to the defendant in Fort Myers, Florida for rental assistance for purported renter F.F. |
| Four | 9/7/2021 | Check No. 989630 in the amount of $12,150.00, made payable to Ven Price DBA Country Club Rentals, Inc., sent by Lee Cares Emergency |

|  |  | Rental Assistance program to the defendant in Fort Myers, Florida for rental assistance for purported renter D.Z. |
|---|---|---|

In violation of 18 U.S.C. §§ 1341 and 2.

## **FORFEITURE**

1. The allegations contained in Counts One through Four of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1341, the defendant, Venera Price, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $51,375.00, which represents the proceeds obtained from the offenses.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Yolande S. Viacava*
Yolande G. Viacava
Assistant United States Attorney

By: *Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

VENERA PRICE
a/k/a Ven Price

## INDICTMENT

Violations:

18 U.S.C. § 1341

A true bill.

_____
Foreperson

Filed in open court this 10th day

of August, 2022.

_____
Clerk

Bail $_____

GPO 863 525